IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID M. DAVID,**<br><br>             Petitioner,<br><br>     v.<br><br>**JAMES YATES, Warden,** AND **MATTHEW CATE, Director,**<br><br>             Respondents. | C 09-5934 LHK (PR)<br><br>**[PROPOSED]** ORDER |

GOOD CAUSE APPEARING, the time for filing respondents' motion to dismiss or a notice that a motion to dismiss is unwarranted is extended thirty (30) days to March 17, 2011.

Dated: ___3/2/11_____        _____
                                The Honorable Lucy H. Koh
                                United States District Judge

//

1

Proposed Order  (C 09-5934 LHK (PR))